IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SONNIEL R. GIDARISINGH,

                Plaintiff,

    v.

TRAVIS BITTELMAN, RAYMOND MILLONIG,
JASON WITTERHOLT, PATRICK HOOPER,
KIM CAMPBELL, CAPT. BRIAN FRANSON,
MICHAEL JULSON, TIMOTHY CASIANA,
DONALD MORGAN, DENISE VALERIUS,
BRIAN NEUMAIER, SANDRA HAUTAMAKI,
ANTHONY ASHWORTH, JANEL NICKEL,
TIMOTHY ZIEGLER, TIM DOUMA, KEVIN
BOODRY, and KELLY RICKY,

                Defendants.

ORDER

12-cv-916-wmc

---

Before the court is plaintiff Sonniel R. Gidarisingh's motion to compel discovery. (Dkt. #64.) The court held a telephonic hearing on the motion today, October 24, 2014, at which plaintiff appeared *pro se* and defendants appeared by their counsel, Assistant Attorney General Melissa R. Schaller. During the hearing, the court granted in part and denied in part plaintiff's motion for the reasons explained on the record. The purpose of this order is to set for the specific relief granted.

BACKGROUND

On September 12, 2014, defendants filed a motion for summary judgment on all of plaintiff's claims. (Dkt. #38.) Plaintiff's opposition was originally due on October 14, 2014. The court previously extended that deadline to October 31, 2014, after denying plaintiff's prior motions to stay and for assistance in recruiting counsel. In extending the

deadline, the court also ordered defendants to complete discovery responses by October 17, 2014.

After this extension of the deadline for plaintiff to file his response to the motion for summary judgment, plaintiff filed the motion to compel now before the court, although perhaps plaintiff acted while still unaware of that extension. In the motion, Gidarisingh seeks to compel (1) certain requested documents to which defendants objected; and (2) documents produced at CCI despite Gidarisingh now being held in Waupun. Gidarisingh also contended he has no means to contact CCI staff for viewing. Finally, Gidarisingh maintains that given defendants' delay in responding, he cannot make the summary judgment response deadline.

In responding to the motion to compel, defendants argue that (1) their objections to certain production based on confidentiality and privacy concerns are well-founded; and (2) defendants have transferred the other documents to Waupun for Gidarisingh's review, although they could not assert that he had as yet actually received them. (Dkt. #66.)

ORDER

IT IS ORDERED that:

1) Defendants shall ensure that all reasonable arrangements are made to facilitate plaintiff's review of the already-produced, responsive documents by Friday, October 31, 2014.

2) Defendants shall ensure that all reasonable efforts are made to supply plaintiff with sufficient paper so that he can respond to defendants' motion for summary judgment by November 28, 2014.

2

3) Plaintiff's motion to compel (dkt. #64) is GRANTED IN PART AND DENIED IN PART as set forth below. The compelled responses are to be provided to plaintiff on or before November 3, 2014.

   a. With respect to Request No. 5, defendants shall produce the 20 complaints identified in response to that request. In producing these complaints, defendants may redact inmate names, other identifying information and specific medical information.

   b. With respect to Request No. 6, defendants shall produce the 5 complaints involving physical force identified in response to that request. In producing those complaints, defendants may redact the inmate names and other identifying information.

   c. With respect to Request No. 7, defendants' response is sufficient. No further production is ordered.

   d. With respect to Request No. 10, the court orders the same relief as that set forth about with respect to Request No. 6.

   e. With respect to Request No. 12, defendants' response is sufficient. No further production is ordered.

4) Plaintiff's deadline for responding to defendants' motion for summary judgment is extended to November 28, 2014. Plaintiff's mailing of his submission on or before that date will constitute timely filing. No further extensions of this deadline absent a showing of extraordinary circumstances.

5) Defendants' deadline for filing a reply in support of their motion for summary judgment is similarly extended to December 12, 2014.

Entered this 24th day of October, 2014.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge