IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SONNIEL R. GIDARISINGH,

            Plaintiff,

v.

TRAVIS BITTLEMAN, *et al.*,

            Defendants.

ORDER

12-cv-916-wmc

---

The court is in receipt of defendants motion to stay filings pending the court's decision on summary judgment (dkt. #88), which is GRANTED. Given that the court anticipates issuing a ruling on the pending motion for summary judgment no later than the February 25, the schedule is amended as follows:

    Rule 26(a)(3) Disclosures and all motions in limine: March 2, 2015

- Responses: March 16, 2015

Telephonic Final Pretrial Conference: March 19, 2015 at 4:00 p.m., defendant to initiate the call to the court.

Jury Selection and Trial: March 23, 2015 at 9:00 a.m. The parties shall meet with the court at 8:30 a.m.

Additionally, given the relatively short time to turn around a response, defendants shall take reasonable measures to ensure that plaintiff receive a physical copy of all filings by the following day.

Entered this 19th day of February, 2015.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge