IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SONNIEL R. GIDARISINGH,

    Plaintiff,

v.

TRAVIS BITTELMAN, JASON
WITTERHOLT, BRIAN FRANSON,
and KELLY RICKEY,

    Defendants.

JUDGMENT

12-cv-916-wmc

---

    This action came for consideration before the court and a jury with District Judge William M. Conley presiding. Partial judgment was granted to defendants by the court at summary judgment and during trial on defendants' motion for judgment as a matter of law. The other issues have been tried and the jury has rendered its verdict.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered and against plaintiff Sonniel R. Gidarisingh and in favor of defendants Raymond Millonig, Jason Witterholt, Patrick Hooper, Kim Campbell, Brian Franson, Michael Julson, Timothy Casiana, Donald Morgan, Denise Valerius, Brian Neumaier, Sandra Hautamaki, Anthony Ashworth, Janel Nickel, Timothy Ziegler, Tim Douma, Kevin Boodry, and Kelly Ricky.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered against plaintiff Sonniel R. Gidarisinghand in favor of defendant Travis Bittelman on plaintiff's claims for deliberate indifference to serious medical needs under the Eighth Amendment, negligence with respect to denial of medical treatment, battery, and First Amendment retaliation.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Sonniel R. Gidarisingh and against defendant Travis Bittelman on plaintiff's Eighth Amendment excessive force claim in the amount of $7,000.00.

Approved as to form this 13th day of August, 2015.

_____
William M. Conley
District Judge

_____   8/13/15
Peter Oppeneer, Clerk of Court        Date